12235. ROGERS *et al.* v. STRIPLING, guardian.

LUKE, J. This case is here upon the general assignment of error, that the verdict is contrary to the evidence. There is ample evidence to support

the verdict, which has the approval of the trial judge. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 11, 1921.

Appeal; from Tattnall superior court — Judge Sheppard. January 11, 1921.

*E. C. Collins,* for plaintiffs in error.

*A. S. Way, Elders & DeLoach,* contra.